IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr315-MHT |
| | ) | (WO) |
| MAUDRICO SHAJUAN SCOTT | ) | |

ORDER

It has recently come to the court's attention that, in addition to 'good time credits,' some prisoners are eligible for 'earned time credits' for completion of certain rehabilitative programs under the First Step Act of 2018.  The court wishes to understand whether and how this could impact the sentence a defendant ultimately serves, both in this case and in general. This understanding is important because the court has been informed by the Bureau of Prisons that it tries to honor a court's recommendations for rehabilitative programs; and, thus, if completion of certain rehabilitative programs could result in a reduction of time in prison, a court's recommendations for those

programs could impact the length of time a prisoner ultimately serves.

Accordingly, it is ORDERED that by January 12, 2024, defendant Maudrico Shajuan Scott shall file a brief explaining which defendants are eligible for such earned time credits, which Bureau of Prisons programs qualify them for such credits, how much time off can be earned, and whether defendant Scott is eligible for such credits in this case and his revocation case. The government shall file a reply by January 26, 2024.

DONE, this the 12th day of December, 2023.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE