IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:23cr315-MHT
                            )           (WO)
MAUDRICO SHAJUAN SCOTT      )
```

## SUPPLEMENTAL ORDER ON TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Maudrico Shajuan Scott to receive substance-abuse treatment in conjunction with mental-health treatment. Such mental-health treatment shall be in accordance with the detailed recommendations of Dr. Ashlee Zito. *See* Forensic Psychological Evaluation (Doc. 27-2). This treatment shall include individual psychotherapy to process ongoing distress or concern regarding past trauma, to address his marijuana use, and to assess him for post-traumatic stress

disorder. The treatment provider shall have expertise in cognitive-behavioral therapy, trauma, and family therapy. Defendant Scott shall also be provided with a psychiatric consultation to determine his psychotropic medication needs, if any, and shall arrange for him to receive any recommended treatment.

(2) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Scott is faring.

(3) The United States Probation Office shall ensure that, prior to beginning treatment, any mental health practitioner treating defendant Scott receives a copy of the psychological evaluation conducted by Dr. Ashlee Zito. *See* Forensic Psychological Evaluation (Doc. 27-2).

DONE, this the 14th day of February, 2024.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**